Anna M. Martin (Bar No. 154279)
amartin@mmhllp.com
Grant Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIERRY LEBEAU, <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | Case No. 4:17-cv-00728-HSG <br><br> **STIPULATION TO MODIFY NOTICE SETTING CASE MANAGEMENT CONFERENCE FOR REASSIGNED CIVIL CASE; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff THIERRY LEBEAU and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA, pursuant to Civil L.R. 6-2 and 7-12, and jointly request that the Court modify certain deadlines in the Clerk's Notice Setting Case Management Conference for Reassigned Civil Case. (ECF No. 12). In support of this request, the parties state as follows:

1. The Notice Setting Case Management Conference for Reassigned Civil Case (ECF No. 12) set the Initial Case Management Conference for May 16, 2017 at 2:00 p.m., with a deadline to file the joint case management conference statement by May 9, 2017.

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

156373.1

1

Case No. 4:17-cv-00728-HSG
STIP TO MODIFY ORDER RE CASE
MANAGEMENT CONFERENCE AND JOINT
STATEMENT; [PROPOSED] ORDER

2. Defendant's counsel is scheduled to attend a settlement conference in another matter (Case No. 3:17-cv-00777-VC) at the U.S.D.C. in San Francisco at 1:30 p.m. on May 16, 2017.

3. Due to the above-referenced conflict, counsel for the parties request that the Case Management Conference be continued to May 23, 2017 at 2:00 p.m. and that the Joint Case Management Conference Statement be due one week in advance, on May 16, 2017.

4. The parties previously stipulated for Defendant to have additional time to respond to Plaintiff's complaint. (ECF No. 7).

5. The requested extension will alter the current deadline set by the Court for the Initial Case Management Conference and the deadline to submit the joint case management statement. No other deadlines will be affected.

6. As such, the parties stipulate to and request that the Court approve modification of the deadlines as follows:

   i. Joint Case Management Statement Filed: May 16, 2017
   ii. Initial Case Management Conference: May 23, 2017 at 2:00 pm

Respectfully submitted,

Dated: May 5, 2017

MESERVE, MUMPER & HUGHES LLP
/s/ *Grant E. Ingram*
Grant E. Ingram (CA Bar No. 242785)
Attorney for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

Dated: May 5, 2017

ROBERTS BARTOLIC LLP
/s/ *Michelle Roberts Bartolic*
Michelle Roberts Bartolic (CA Bar No. 239092)
Attorney for Plaintiff
THIERRY LEBEAU

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

156373.1

## SIGNATURE ATTESTATION

I, Grant E. Ingram, hereby attest that this document is being electronically filed through the Court's ECF System. In this regard, I hereby attest that (1) the content of this document is acceptable to all persons required to sign the document (2) Plaintiff has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: May 5, 2017          By:     /s/ *Grant E. Ingram*
                                        Grant E. Ingram

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement shall be modified as follows: The parties shall file the joint case management statement by no later than May 16, 2017 and the Initial Case Management Conference shall be held on May 23, 2017 at 2:00 p.m., or as soon as may reasonably be heard thereafter.

Dated: 5/5/2017

HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT COURT JUDGE