UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THIERRY LEBEAU, | Case No. 17-cv-00728-HSG |
|---|---|
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

The parties submitted a revised joint case management statement, Dkt. No. 26, and then appeared before the Court for a case management conference on May 23, 2017. Having carefully considered the parties' written and oral statements, the Court hereby **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Litigation Event** | **Date** |
|---|---|
| Defendant Produces Administrative Record | June 6, 2017 |
| Plaintiff Serves Initial Disclosures | June 6, 2017 |
| Deadline to Amend the Pleadings | July 7, 2017 |
| Mediation Deadline | August 31, 2017 |
| Parties File Simultaneous Rule 52 Motions | September 29, 2017 |
| Parties File Simultaneous Rule 52 Oppositions | October 13, 2017 |
| Hearing on Rule 52 Motions | October 26, 2017, at 3:00 p.m. |

**IT IS SO ORDERED.**

Dated: 5/23/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge