Michelle Roberts Bartolic, State Bar No. 239092
Email: mroberts@robertsbartolic.com
ROBERTS BARTOLIC LLP
1050 Marina Village Pkwy., Suite 105
Alameda, CA 94501
Tel: (510) 992-6130
Fax: (510) 280-7564

Attorneys for Plaintiff
**THIERRY LEBEAU**

Anna M. Martin (State Bar No. 154279)
Email: amartin@mmhllp.com
Grant Ingram (State Bar No. 242785)
Email: gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, CA 90017-2611
Tel: (213) 620-0300
Fax: (213) 625-1930

Attorneys for Defendant
**LIFE INSURANCE COMPANY OF NORTH AMERICA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIERRY LEBEAU,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　Defendant. | **Case Number: 4:17-cv-00728-HSG**<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**<br><br>**FED. R. CIV. P. 41(a)** |

**TO THE CLERK OF THE COURT, THE HONORABLE HAYWOOD S. GILLIAM, JR., ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

In execution of a settlement and release agreement between the parties, it is hereby stipulated by and between Plaintiff THIERRY LEBEAU and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: September 1, 2017					ROBERTS BARTOLIC LLP


							By:   /s/ *Michelle Roberts Bartolic*
							Michelle Roberts Bartolic
							Attorneys for Plaintiff
							THIERRY LEBEAU

Dated: September 1, 2017					MESERVE, MUMPER & HUGHES LLP


							By:   /s/ *Anna M. Martin*
							Anna M. Martin
							Attorneys for Defendant
							LIFE INSURANCE COMPANY OF
							NORTH AMERICA


### **SIGNATURE ATTESTATION**

I, Michelle Roberts Bartolic, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

Dated: September 1, 2017				By: /s/*Michelle Roberts Bartolic*
							Michelle Roberts Bartolic

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

This action is hereby dismissed with prejudice. All case deadlines shall be vacated. Each party shall bear its own attorneys' fees and costs.

							_Haywood S. Gilliam, Jr._
Dated: September 1, 2017				UNITED STATES DISTRICT JUDGE
							HAYWOOD S. GILLIAM, JR.